O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL REYNA CHAVEZ,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY JAIL OF SAN BERNARDINO, et al.,<br><br>Defendants. | Case No. EDCV 14-2378-MMM (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: September 5, 2015     _____
                             HONORABLE MARGARET M. MORROW
                             UNITED STATES DISTRICT JUDGE