JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL REYNA CHAVEZ, | Case No. EDCV 14-2378-MMM (KK) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| COUNTY JAIL OF SAN BERNARDINO, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: September 5, 2015

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE